**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| **ZAURI KARDAVA** § § Petitioner, § § v. § § **FRANCISCO VENEGAS**, in his official § capacity, Warden of El Valle Detention § Facility, § § Respondents. § | Civil Action No. **1:25-cv-00309** |

# ORDER

The Court is in receipt of Respondent Frank Venegas's "Notice to Court and Motion to Dismiss Francisco Venegas" (Venegas's "Motion to Dismiss"). Dkt. No. 9. In the Court's December 9, 2025, Order [Dkt No. 4], the Court stated that it would "set a deadline for Kardava's reply after Venegas's filing." Dkt. No. 4 at 2.

**ACCORDINGLY**, if Kardava chooses to file a reply or other response to Venegas's Motion to Dismiss [Dkt. No. 9], he must do so within **15 days** of receiving Venegas's response.

**SIGNED** on this **14th** day of **January, 2026**, at Brownsville, Texas.

_____
**Ignacio Torteya, III**
**United States Magistrate Judge**